UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YU HIN CHAN,

Plaintiff,

v.

KAREN MAY BACDAYAN, et al.,

Defendants.

No.  2:25-cv-2692-DC-SCR

ORDER TO SHOW CAUSE

Plaintiff is proceeding in this action pro se, which is therefore before the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On January 8, 2026, the Court granted Plaintiff's application to proceed *in forma pauperis* ("IFP").  ECF No. 3.  Upon screening the Complaint, however, the Court found that it failed to state a claim, or to establish that personal jurisdiction and venue lie in this District.  *Id.* at 1.  Accordingly, Plaintiff was given leave to file a First Amended Complaint ("FAC") within 30 days of the Court's order.  *Id.* at 6. To date, no FAC is on file.

Plaintiff is hereby **ORDERED TO SHOW CAUSE**, within 21 days of this order, as to why Plaintiff has not amended his Complaint.  Plaintiff may discharge this order to show cause

////

////

////

1

by filing a FAC.  Failure to comply will result in the undersigned recommending this case's dismissal.

DATED: February 20, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE