UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YU HIN CHAN,

Plaintiff,

v.

KAREN MAY BACDAYAN et al,

Defendants.

No.  2:25-cv-2692-DC-SCR

FINDINGS AND RECOMMENDATIONS

Plaintiff is proceeding in this action pro se, which is therefore before the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On January 8, 2026, the Court granted Plaintiff's application to proceed *in forma pauperis* ("IFP").  ECF No. 3.  Upon screening the Complaint, however, the Court found that it failed to state a claim, or to establish that personal jurisdiction and venue lie in this District.  *Id.* at 1.  Accordingly, Plaintiff was given leave to file a First Amended Complaint ("FAC") within 30 days of the Court's order.  *Id.* at 6.

On February 23, 2026, having not received any response from Plaintiff, the Court issued an Order to Show Cause as to why this action should not be dismissed for failure to prosecute. ECF No. 4.  Plaintiff was given 21 days to respond to the OSC, or alternatively to file the FAC. *Id.*  To date, Plaintiff has not responded to the OSC or filed an FAC.

Accordingly, **IT IS HEREBY RECOMMENDED THAT** this action be DISMISSED WITHOUT PREJUDICE, for failure to follow a court order, failure to state a claim, and failure to

1

establish personal jurisdiction and venue in this District.  *See* Fed. R. Civ. P. 41(b); Local Rule 110; ECF Nos. 3 & 4.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 21, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2