UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU HIN CHAN, Plaintiff, v. KAREN MAY BACDAYAN, et al., Defendants. | No. 2:25-cv-02692 DC SCR (PS) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (ECF No. 5) |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On April 21, 2026, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 14 days. ECF No. 5. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 21, 2026, are ADOPTED; and

2. This action is DISMISSED WITHOUT PREJUDICE, for failure to comply with a court order, failure to state a claim, and failure to establish personal jurisdiction and venue in this

District. *See* Fed. R. Civ. P. 41(b); Local Rule 110;

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge